AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. MJ11-192-2
)
Black GMC 2007 Yukon, Washington License AAD7449 )
)
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Washington____
*(identify the person or describe the property to be searched and give its location)*:
Black GMC 2007 Yukon, Washington License AAD7449, bearing VIN IGKFK63897J270569 registered to Brooke A. Stuart at the Stuart Residence.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B for a list of items to be searched for and seized, which in incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____May 10, 2011____
   *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
____Any United States Magistrate Judge____.
   *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for ____ days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ____April 26, 2011____    _____
                      10:55 a.m.                         *Judge's signature*

                                           James P. Donohue
City and state: ____Seattle, Washington____  ~~Brian A. Tsuchida~~, United States Magistrate Judge
                                                *Printed name and title*

2010R00984

*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return |||
|---|---|---|
| Case No.: MJ11-192-2 | Date and time warrant executed: 4/27/2011 | Copy of warrant and inventory left with: Inside vehicle |
| Inventory made in the presence of: SA Nick Krysan, TFO Troy Swanson ||||

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED DEA-12 FORM

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.   5/13/2011

Date: 5/13/2011

_____
Executing officer's signature

SA Andrea Lassiter
Printed name and title

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

STUART, JACOB

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 4/27/11

**DIVISION/DISTRICT OFFICE** SEATTLE FD

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 8 | Cell phones | Seized Pursuant to a federal s(w). |
| 1 | SSEE containing an unknown Amount of US Currency EL000024499 | |
| 1 | IPAD / Computer | |
| 1 | Set of keys | |
| 1 | Black Bag which contained the currency. | |
| 2 | Garage Door openers | |
| 1 | Misc indicia. | |

**RECEIVED BY (Signature)**

**NAME AND TITLE (Print or Type)** SLA. N. By__

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)** TFO T. Swanson

FORM DEA-12 (9-00) Previous editions obsolete          Electronic Form Version Designed in JetForm 5.2 Version